Case: 3:06-cv-00423-bbc   Document #: 59   Filed: 03/21/07   Page 1 of 3

Document Number 0591
Case Number 06-C-0423-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
03/21/2007 05:00:19 PM CST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

KERR CORPORATION,

       Plaintiff,

vs.

DENTSPLY INTERNATIONAL INC.,

       Defendant.

Case No. 06 C 0423 C

**STIPULATION REGARDING EXPERT REPORT DEADLINES**

After reviewing the Court's Orders setting the schedule for the instant lawsuit and the *Markman* hearing on April 6, 2007, Plaintiff Kerr Corporation ("Kerr") and Defendant Dentsply International Inc. ("Dentsply") (collectively "the Parties") file this stipulation regarding the expert deadlines in this matter.

| Liability and Damages expert reports | Due Date |
|---|---|
| Proponent: | May 3, 2007 |
| Respondent: | June 1, 2007 |

The Parties request that the Court approve the stipulation set forth above.

Dated this 21st day of March, 2007.

        **MICHAEL BEST & FRIEDRICH, LLP**

        By:   s/ Richard Marschall
            David L. DeBruin
            Richard H. Marschall
            Charles J. Crueger
            Erin Dickinson
            100 East Wisconsin Avenue
            Suite 3300
            Milwaukee, WI  53202-4108

        Attorneys for Plaintiff
        Kerr Corporation

        **WOODCOCK WASHBURN, L.L.P.**

        By:  s/ Steven Maslowski
            Dale M. Heist
            Steven D. Maslowski
            Loretta W. Weathers
            Cira Centre, 12th Floor
            2929 Arch Street
            Philadelphia, PA  19104-2891

        **DEWITT ROSSS & STEVENS, S.C.**

            Joseph A. Ranney
            Chad R. Gendreau
            2 East Mifflin Street, Suite 600
            Madison, WI  53703

        Attorneys for Defendant
        Dentsply International Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of STIPULATION REGARDING EXPERT REPORT DEADLINES was served on this 21st day of March, 2007, via e-mail to the following counsel of record:

>Steven D. Maslowski (smaslows@woodcock.com)
>Loretta W. Weathers  (lweather@woodcock.com
>WOODCOCK WASHBURN LLP
>Cira Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA  19104-2891
>
>
>Joseph A. Ranney, SBN 1005007 (jar@dewittross.net)
>Chad R. Gendreau, SBN 1046122 (crg@dewittross.net)
>DEWITT ROSS & STEVENS S.C.
>2 East Mifflin Street, Suite 600
>Madison, WI 53703
>(608) 255-8891
>
>COUNSEL FOR DEFENDANT
>DENTSPLY INTERNATIONAL INC.
>
>
>By:  /s/Erin Dickinson_____